IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

PARIS PENA LEE,

    Plaintiff,

vs.                      No. 2:22-cv-00960-WJ-GBW

CITY OF LAS CRUCES, et al.,

    Defendants.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court on United States Magistrate Judge Gregory B. Wormuth's Proposed Findings and Recommended Disposition ("PFRD") (Doc. 95), filed on November 30, 2023. In the PFRD, Magistrate Judge Wormuth found that Plaintiff failed to establish that good cause exists to allow filing of his Second Motion for Leave to Amend the Pleadings (Doc. 68). (*Id*. at 4–9.) Judge Wormuth therefore recommended that the Court deny Plaintiff's Second Motion for Leave to Amend the Pleadings. (*Id*. at 9).

Judge Wormuth notified the parties that they had 14 days from service of the PFRD to file any objections to the PFRD. (*Id*.) Neither party has filed objections to the PFRD thereby waving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Upon review of the record, I concur with Judge Wormuth's findings and recommendations and hereby ADOPT the PFRD (Doc. 95).

IT IS THEREFORE ORDERED that:

1. Judge Wormuth's PFRD (Doc. 95) is ADOPTED; and
2. Plaintiff's Second Motion for Leave to Amend the Pleadings (Doc. 68) is DENIED.

2

IT IS SO ORDERED.

_____
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**